EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br><br>Ivelisse Rivera Padilla | 2024 TSPR 4<br><br>213 DPR ___ |

Número del Caso:  TS-16,382

Fecha:  25 de enero de 2024

Representante legal de Ivelisse Rivera Padilla:

    Lcda. Daisy Calcaño López

Materia:  Conducta Profesional – Suspensión provisional e inmediata del ejercicio de la abogacía y la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ivelisse Rivera Padilla                    TS-16,382

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de enero de 2024.

Examinadas la *Urgentísima moción informativa sometiendo sentencia y en solicitud de remedios* y la copia de la Sentencia dictada el 18 de enero de 2024 por el foro federal en el caso *United States of America v. Ivelisse Rivera Padilla*, Caso Núm. 3:23-cr-00058-01 (RAM), ordenamos la suspensión provisional e inmediata de la Lcda. Ivelisse Rivera Padilla del ejercicio de la abogacía y la notaría. Además, ordenamos que nos mantenga informados sobre el estado del proceso penal que obra en su contra en el caso de referencia.

Se le impone a la señora Rivera Padilla el deber de notificar a todos sus clientes de su inhabilidad para continuar representándolos, devolver cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los foros judiciales y administrativos. Además, tiene la obligación de acreditar y certificar ante este Tribunal el cumplimiento con lo anterior, dentro del término de treinta (30) días, contado a partir de la notificación de esta Resolución.

La fianza notarial de la señora Rivera Padilla queda automáticamente cancelada. La misma se

considerará buena y válida por tres (3) años después de su terminación en cuanto a los actos realizados por la señora Rivera Padilla durante el periodo en que la misma estuvo vigente.

Se le apercibe a la señora Rivera Padilla que una vez la aludida Sentencia del foro federal advenga final y firme, procederemos a suspenderla de manera indefinida de la profesión legal.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo